IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:00CV413 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REASSIGNMENT |
| | ) | ORDER |
| **JIMMIE J. ROUNDTREE,** | ) | |
| | ) | |
| Defendant. | ) | |

This case was previously assigned to Retired District Judge Thomas M. Shanahan. Accordingly,

IT IS ORDERED that, this case is reassigned from Retired District Judge Thomas M. Shanahan to District Judge Joseph F. Bataillon and Magistrate Judge Thomas D. Thalken to permit the filing of the Defendant's "Suggestion in Bankruptcy" and notice of such to the Plaintiff. The case shall remained closed for statistical purposes.

DATED this 5th day of December, 2011.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge